**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **CONTINENTAL LIGHTING & CONTRACTING, INC.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **86-0733378** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **512 EAST CHICAGO CIRCLE**<br>**CHANDLER, AZ 85225**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **MARICOPA**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.**   **Describe debtor's business**

     A. *Check one:*

     ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

     ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

     ☐ Railroad (as defined in 11 U.S.C. § 101(44))

     ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

     ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

     ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

     ■ None of the above

     B. *Check all that apply*

     ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

     ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

     ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

     C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
        See http://www.uscourts.gov/four-digit-national-association-naics-codes.

            2389

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

     *Check one:*

     ☐ Chapter 7

     ☐ Chapter 9

     ■ Chapter 11. *Check all that apply:*

         ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

         ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

         ☐ A plan is being filed with this petition.

         ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

         ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

         ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

     ☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

     ■ No.

     ☐ Yes.

     If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

     ■ No

     ☐ Yes.

     List all cases. If more than 1, attach a separate list

| Debtor | Relationship |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ | When _____   Case number, if known _____ |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**          .          Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 23, 2016**
              MM / DD / YYYY

**X** **/s/ SUZANN K. HERR and BRUCE L. HERR**          **SUZANN K. HERR and BRUCE L. HERR**
Signature of authorized representative of debtor          Printed name

Title   **TREASURER and PRESIDENT**

**18. Signature of attorney**

**X** **/s/ Allan D. NewDelman**                    Date   **September 23, 2016**
Signature of attorney for debtor                             MM / DD / YYYY

**Allan D. NewDelman**
Printed name

**ALLAN D. NEWDELMAN, P.C.**
Firm name

**80 EAST COLUMBUS AVENUE**
**PHOENIX, AZ 85012**
Number, Street, City, State & ZIP Code

Contact phone   **602-264-4550**      Email address   **anewdelman@adnlaw.net**

**004066**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **CONTINENTAL LIGHTING & CONTRACTING, INC.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 23, 2016**   **X** **/s/ SUZANN K. HERR and BRUCE L. HERR**
                                              Signature of individual signing on behalf of debtor

                                              **SUZANN K. HERR and BRUCE L. HERR**
                                              Printed name

                                              **TREASURER and PRESIDENT**
                                                Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **CONTINENTAL LIGHTING & CONTRACTING, INC.**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACORE INC 605 SOUTH DREW STREET MESA, AZ 85210 | | VENDOR | | | | $5,612.50 |
| ADVANCED TRAFFIC PRODUCTS 1122 INDUSTRY STREET BLDG A EVERETT, WA 98203 | | VENDOR | | | | $5,777.80 |
| AIRPORT LIGHTING COMPANY 108 FAIRGROUNDS DRIVE MANLIUS, NY 13104-2416 | | VENDOR | | | | $70,050.89 |
| AMERICAN EXPRESS PO BOX 0001 LOS ANGELES, CA 90096-8000 | | CREDIT CARD | | | | $25,000.00 |
| B LINE DIRECTIONAL DRILLING LLC PO BOX 26267 SCOTTSDALE, AZ 85255 | | VENDOR | | | | $5,700.00 |
| CEMEX PO BOX 73261 CHICAGO, IL 60673-3261 | | VENDOR | | | | $5,426.62 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CNA INDUSTRIAL CAPITAL DEPT 93-5500802231 PO BOX 8004 PHOENIX, AZ 85062-8004 | | CREDIT CARD | | | | $6,496.48 |
| CONSOLIDATED ELECTRICAL DISTRIBUTORS INC PO BOX 62858 PHOENIX, AZ 85082-2858 | | VENDOR | Disputed | | | $8,994.33 |
| FLUORESCO SERVICES PO BOX 27042 PHOENIX, AZ 85040 | | VENDOR | | | | $4,632.00 |
| INDEPENDENT ELECTRIC SUPPLY INC 948 EASST ISABELLA AVENUE MESA, AZ 85204-6643 | | VENDOR | | | | $90,397.28 |
| ITERIS INC 1700 CARNEGIE AVE SANTA ANA, CA 92705-5551 | | VENDOR | | | | $8,000.00 |
| KABBAGE INC 730 PEACHTREE STREET NE SUITE 350 ATLANTA, GA 30308 | | WORKING CAPITAL LOAN | | | | $26,454.37 |
| KELLY BLACK ESQ 1152 EAST GREENWAY STREET SUITE 4 MESA, AZ 85203-4360 | | LEGAL FEES | | | | $9,128.74 |
| MARKHAM CONTRACTING CO INC 22820 NORTH 19TH AVENUE PHOENIX, AZ 85027 | | LAW SUIT - BID | | | | $20,000.00 |
| NETWORX CABLING SYSTEMS INC PO BOX 3375 FLAGSTAFF, AZ 86003-3375 | | VENDOR | | | | $19,287.50 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ROCK SOLID 6741 WEST ROCK SOLID BOX 5062 CHANDLER, AZ 85226 | | VENDOR | | | | $6,696.57 |
| SIERRA TRANSPORTATION & TECHNOLOGIES LLC 6280 SOUTH VALLEY VIEW BLVD SUITE 718 LAS VEGAS, NV 89118 | | VENDOR | | | | $17,155.00 |
| TRAFFIC SIGNALE CABLE 333 JERICHO TURNPIKE SUITE 124 JERICHO, NY 11753 | | VENDOR | | | | $5,431.00 |
| WARNER ANGLE ET AL 2555 EAST CAMELBACK ROAD SUITE 800 PHOENIX, AZ 85016 | | LEGAL FEES | | | | $36,522.20 |
| WELLS FARGO BANK 420 MONTGOMERY STREET SAN FRANCISCO, CA 94104 | | ALL EQUIPMENT LISTED ON SCHEDULE B THAT IS NOT OTHERWISE ENCUMBERED. ADDITIONAL COLLATERAL IS THE COMMERCIAL LOCATION OWNED BY A NON-DEBTOR (COMMERCI | | $350,000.00 | $77,493.00 | $272,507.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **CONTINENTAL LIGHTING & CONTRACTING, INC.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................   $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................   $    **283,644.24**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $    **283,644.24**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **355,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$    **1,210,468.32**

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b     $    **1,565,468.32**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **WELLS FARGO BANK** | **CHECKING ACCOUNT** | 5385 | $9,631.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$9,631.00**

## Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | face amount | doubtful or uncollectible accounts | |
|---|---|---|---|
| 11a. 90 days old or less: | 5,805.00  - | 0.00  = .... | $5,805.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 2:16-bk-10960-DPC    Doc 1    Filed 09/23/16    Entered 09/23/16 12:05:00    Desc
Main Document    Page 10 of 50

| | | |
|---|---|---|
| 11a. 90 days old or less: | **21,484.00** - | **0.00** = .... | **$21,484.00** |
| | face amount | doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 11a. 90 days old or less: | **70,702.24** - | **0.00** = .... | **$70,702.24** |
| | face amount | doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 11a. 90 days old or less: | **11,992.00** - | **0.00** = .... | **$11,992.00** |
| | face amount | doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 11a. 90 days old or less: | **3,140.00** - | **0.00** = .... | **$3,140.00** |
| | face amount | doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 11a. 90 days old or less: | **24,971.00** - | **0.00** = .... | **$24,971.00** |
| | face amount | doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 11b. Over 90 days old: | **42,206.00** - | **0.00** =.... | **$42,206.00** |
| | face amount | doubtful or uncollectible accounts | |

12.   **Total of Part 3.**                                                                                   **$180,300.24**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 39. | **Office furniture**<br>**2 SHARP COPIESRS AND CABINET, HP**<br>**FAX-COPY MACHINE, 7 PHONES,**<br>**CONFERENCE TABLE & 8 CHAIRS, 3 DESKS**<br>**& CHAIRS, 1 WALL UNIT, 2 HP PLOTTERS, 1**<br>**STORAGE UNIT, REFRIGERATOR,**<br>**CREDENZA, 2 WICHER CHAIRS, 6 ASSORTED**<br>**TABLES, 7 CHAIRS, 5 FILING CABINETS, OAK**<br>**CHEST 2 DRAWER FILING CABINET, BOOK**<br>**SHELF, 8 PALLET RACKS, 4 LARGE HEAVY**<br>**DUTY STORAGE RACKS, 6 SMALL STORAGE**<br>**RACKS, MISC OFFICE SUPPLIES,** | $0.00    Liquidation | $7,020.00 |

| | |
|---|---|
| 40. | **Office fixtures** |
| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;<br>books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card<br>collections; other collections, memorabilia, or collectibles |

| | |
|---|---|
| 43. | **Total of Part 7.**                                   **$7,020.00**<br>Add lines 39 through 42. Copy the total to line 86. |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2004 FORD F150 WORK TRUCK WITH**<br>**190,000 MILES** | $0.00 | Liquidation | $600.00 |
| 47.2.  **2006 DODGE 1/2 WORK TRUCK WITH**<br>**216,000 MILES** | $0.00 | Liquidation | $750.00 |
| 47.3.  **1997 FORD 1 TON FLATBED WITH**<br>**200,000 MILES** | $0.00 | Liquidation | $2,000.00 |
| 47.4.  **2006 FORD F 150 WORK TRUCK WITH**<br>**200,000 MILES** | $0.00 | Liquidation | $700.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 2:16-bk-10960-DPC    Doc 1    Filed 09/23/16    Entered 09/23/16 12:05:00    Desc
Main Document    Page 12 of 50

| | | | |
|---|---|---|---|
| 47.5. | **2008 FORD F 150 WORK TRUCK WITH 175,000 MILES** | $0.00 | Liquidation | $800.00 |

| | | | |
|---|---|---|---|
| 47.6. | **2006 FORD F 250 WORK TRUCK WITH 210,000 MILES** | $0.00 | Liquidation | $850.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**06 DYNAPAC HAMMER LT 6000, 03 TOWMASTER TRAILER T-12DD, 07 JOHN DEERE BACKHOE 110, 02 CASE 580M EXTENDAHOE BACKHOE, CAT FORKLIFT GC20K**     $0.00    Liquidation    $29,200.00

**TYPE 10" AUGER, TYPE 24" AUGER, TYPE 36" AUGER, TYPE 4" HOLE HOG, TYPE 12" AUGER, 3.5"HOLE HOG**     $0.00    Liquidation    $11,050.00

**RIDGE WIRE PULLER, ROCKWELL TABLE SAW, ROCKWELL DRILL PRESS, 90# JACK HAPPER, INDUSTRIAL BLOWER VAC, 3 12" BACKHOE BUCKETS, 18" BACKHOE BUCKET, PRESSER WASHER, 2 24" BACKHOE BUCKETS, 44 PULL BOXES**     $0.00    Liquidation    $9,315.00

**50 GAL WATER TANK TRAILER, CONCRETE VIBRATOR, 60# JACK HAMMER, 800 WATT GENERATOR, BACKHOE ROCK BUCKET, COMPACTION WHEEL, PARTABLE WATER TRAILER 10' JOHN DEERE BACKHOE BUCKET, COMPACTION, VIBRATOR, GENERATOR**     $0.00    Liquidation    $20,778.00

**PALLET JACK, MITER SAW-KOBOLT, MITER SAW- BLACK & DECKER, CORE DRILL, AUGER MOTOR, 3200 WATT GENERATOR**     $0.00    Liquidation    $6,050.00

**3.5" HAMMERHEAD MOLE**     $0.00    Liquidation    $3,500.00

**UNSCHEDULED MISCELLANEOUS EQUIPMENT AND LADDERS**     $0.00    Liquidation    $1,100.00

51.    **Total of Part 8.**          **$86,693.00**
    Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,631.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $180,300.24 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,020.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $86,693.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $283,644.24 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $283,644.24 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **CONTINENTAL LIGHTING & CONTRACTING, INC.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ■ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

| **2.1** | **STEARNS BANK** | **Describe debtor's property that is subject to a lien** | **$5,000.00** | **$3,500.00** |
|---|---|---|---|---|
| | Creditor's Name | **3.5" HAMMERHEAD MOLE** | | |
| | **PO BOX 750**<br>**ALBANY, MN 56307-0750** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**PMSI** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Unliquidated<br>☐ Disputed | | |

| **2.2** | **WELLS FARGO BANK** | **Describe debtor's property that is subject to a lien** | **$350,000.00** | **$77,493.00** |
|---|---|---|---|---|
| | Creditor's Name | **ALL EQUIPMENT LISTED ON SCHEDULE B**<br>**THAT IS NOT OTHERWISE ENCUMBERED.**<br>**ADDITIONAL COLLATERAL IS THE** | | |
| | **420 MONTGOMERY**<br>**STREET**<br>**SAN FRANCISCO, CA**<br>**94104** | **COMMERCIAL LOCATION OWNED BY A**<br>**NON-DEBTOR (COMMERCIAL BUILDING**<br>**EXCEEDS VALUE OF AMOUNT OWED)** | | |
| | Creditor's mailing address | **Describe the lien**<br>**UCC1 AGAINST ALL EQUIPMENT NOT**<br>**OTHERWISED ENCUMBERED** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $355,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **CONTINENTAL LIGHTING & CONTRACTING, INC.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ACORE INC**<br>**605 SOUTH DREW STREET**<br>**MESA, AZ 85210**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **VENDOR**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,612.50** |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**ADVANCED TRAFFIC PRODUCTS**<br>**1122 INDUSTRY STREET**<br>**BLDG A**<br>**EVERETT, WA 98203**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **VENDOR**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,777.80** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**AIRPORT LIGHTING COMPANY**<br>**108 FAIRGROUNDS DRIVE**<br>**MANLIUS, NY 13104-2416**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **VENDOR**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$70,050.89** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**AM SIGNAL INC**<br>**9935 TITAN PARK CIRCLE**<br>**LITTLETON, CO 80125**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **VENDOR**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |

Case 2:16-bk-10960-DPC    Doc 1    Filed 09/23/16    Entered 09/23/16 12:05:00    Desc
Main Document    Page 18 of 50

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|-----|---------|---------|---------|

**AMERICAN EXPRESS**
PO BOX 0001
LOS ANGELES, CA 90096-8000

Date(s) debt was incurred _

Last 4 digits of account number **1009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CREDIT CARD**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,339.27 |
|-----|---------|---------|---------|

**APACHE EQUIPMENT CORP**
PO BOX 6956
PHOENIX, AZ 85005-6956

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|-----|---------|---------|---------|

**APACHE PIPELINE INC`**
2708 EAST JONES
PHOENIX, AZ 85040

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-----|---------|---------|---------|

**ARIZONA DEPARTMENT OF REVENUE**
TAX BANKRUPTCY & COLLECTIONS
1275 WEST WASHINGTON AVENUE
PHOENIX, AZ 85007

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NONE - FOR INFO ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,323.47 |
|-----|---------|---------|---------|

**ATLAS CONSTRUCTION SUPPLY INC**
PO BOX 178240
SAN DIEGO, CA 92177-8240

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,700.00 |
|-----|---------|---------|---------|

**B LINE DIRECTIONAL DRILLING LLC**
PO BOX 26267
SCOTTSDALE, AZ 85255

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $833.25 |
|------|---------|---------|---------|

**BREWER COTE OF ARIZONA**
5226 WEST MISSOURI AVE
GLENDALE, AZ 85301

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,107.04** |
|---|---|---|---|

**CACH LLC**
**C/O NEUHEISEL LAW FIRM**
**1501 WEST FOUNTAINHEAD PKWY #130**
**TEMPE, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GAS CARD**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,426.62** |
|---|---|---|---|

**CEMEX**
**PO BOX 73261**
**CHICAGO, IL 60673-3261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,496.48** |
|---|---|---|---|

**CNA INDUSTRIAL CAPITAL**
**DEPT 93-5500802231**
**PO BOX 8004**
**PHOENIX, AZ 85062-8004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CREDIT CARD**

Last 4 digits of account number  **2231**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,994.33** |
|---|---|---|---|

**CONSOLIDATED ELECTRICAL**
**DISTRIBUTORS INC**
**PO BOX 62858**
**PHOENIX, AZ 85082-2858**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275,000.00** |
|---|---|---|---|

**DEBRA HERR**
**6651 WEST DUBLIN LANE**
**CHANDLER, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.90** |
|---|---|---|---|

**DOUBLE D EQUIPMENT REPAIR**
**PO BOX 51267**
**MESA, AZ 85208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,485.00** |
|---|---|---|---|

**ELITE UNDERGROUND**
**12473 WEST MONTGOMERY ROAD**
**PEORIA, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Name

| | |
|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**3.19** **FLUORESCO SERVICES**
PO BOX 27042
PHOENIX, AZ 85040

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

**$4,632.00**

---

**3.20** **Nonpriority creditor's name and mailing address**

**HAMPTON TEDDER TECHNICAL SERVICES INC**
PO BOX 2338
MONTCLAIR, CA 91763

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.21** **Nonpriority creditor's name and mailing address**

**HANSON AGGREGATES INC**
15620 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number  **8143**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

**$3,889.13**

---

**3.22** **Nonpriority creditor's name and mailing address**

**HARRIS ARIZONA REBAR**
2101 WEST JACKSON STREET
PHOENIX, AZ 85009

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

**$1,763.62**

---

**3.23** **Nonpriority creditor's name and mailing address**

**HDS WHITECAP CONSTRUCTION SUPPLY**
DEPT 70998
LOS ANGELES, CA 90084-0998

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

**$842.36**

---

**3.24** **Nonpriority creditor's name and mailing address**

**INDEPENDENT ELECTRIC SUPPLY INC**
948 EASST ISABELLA AVENUE
MESA, AZ 85204-6643

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

**$90,397.28**

---

**3.25** **Nonpriority creditor's name and mailing address**

**INTERNAL REVENUE SERVICE**
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NONE - FOR INFO ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Case 2:16-bk-10960-DPC    Doc 1    Filed 09/23/16    Entered 09/23/16 12:05:00    Desc
Main Document    Page 21 of 50

| Debtor | **CONTINENTAL LIGHTING & CONTRACTING, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,000.00** |
|---|---|---|---|

**ITERIS INC**
**1700 CARNEGIE AVE**
**SANTA ANA, CA 92705-5551**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>VENDOR</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,454.37** |
|---|---|---|---|

**KABBAGE INC**
**730 PEACHTREE STREET NE**
**SUITE 350**
**ATLANTA, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>WORKING CAPITAL LOAN</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,128.74** |
|---|---|---|---|

**KELLY BLACK ESQ**
**1152 EAST GREENWAY STREET**
**SUITE 4**
**MESA, AZ 85203-4360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>LEGAL FEES</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**MARKHAM CONTRACTING CO INC**
**22820 NORTH 19TH AVENUE**
**PHOENIX, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>LAW SUIT - BID</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,059.50** |
|---|---|---|---|

**MERKEL FABRICATION INC**
**5078 NORTH PLAZA DRIVE**
**APACHE JUNCTION, AZ 85220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>VENDOR</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,937.63** |
|---|---|---|---|

**NEFF RENTAL LLC**
**PO BOX 405138**
**ATLANTA, GA 30384-5138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>VENDOR</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$875.00** |
|---|---|---|---|

**NEIL SULLIVAN CPA**
**3043 WEST TRAET DRIVE**
**PHOENIX, AZ 85086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>SERVICES</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,287.50** |
|---|---|---|---|

**NETWORX CABLING SYSTEMS INC**
**PO BOX 3375**
**FLAGSTAFF, AZ 86003-3375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**OLDCASTLE PRECAST INC**
**PO BOX 742387**
**LOS ANGELES, CA 90074-2387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$640.00** |
|---|---|---|---|

**OLSON PRECASET OF ARIZONA**
**3045 SOUTH 35TH AVENUE**
**PHOENIX, AZ 85009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$651.50** |
|---|---|---|---|

**PROTABLE POWER SYSTEMS**
**12136 GRANT CIRCLE**
**THORNTON, CO 80241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**REGIONAL PAVEMENT MAINTENANCE OF**
**AZ**
**2435 SOUTH 6TH**
**PHOENIX, AZ 85003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,696.57** |
|---|---|---|---|

**ROCK SOLID**
**6741 WEST ROCK SOLID**
**BOX 5062**
**CHANDLER, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,155.00** |
|---|---|---|---|

**SIERRA TRANSPORTATION &**
**TECHNOLOGIES LLC**
**6280 SOUTH VALLEY VIEW BLVD**
**SUITE 718**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,962.50 |
|------|--------|--------|--------|

**SKY LINE CRANE**
**4910 WEST OLNEY AVENUE**
**LAVEEN, AZ 85339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|------|--------|--------|--------|

**SOUTHWEST FABRICATION LLCQ**
**22233 NORTH 23RD AVENUE**
**PHOENIX, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,610.53 |
|------|--------|--------|--------|

**STANDARD SIGNS INC**
**9115 FREEWAY DRIVE**
**MACEDONIA, OH 44056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,364.00 |
|------|--------|--------|--------|

**SUNRISE CRAIN SERVICES INC**
**8657 NORTH 78TH AVENUE**
**PEORIA, AZ 85345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.83 |
|------|--------|--------|--------|

**SUNSTATE EQUIPMENT CO**
**PO BOX 52581**
**PHOENIX, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number  __0524__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|------|--------|--------|--------|

**SUZANN HERR**
**3116 NORTH 50TH STREET**
**PHOENIX, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __LOAN__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,721.00 |
|------|--------|--------|--------|

**THE CINCINNATI INSURANCE CO**
**PO BOX 145620**
**CINCINNATI, OH 45250-5620**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __INSURANCE__

Last 4 digits of account number  __6216__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,431.00** |
|---|---|---|---|

**TRAFFIC SIGNALE CABLE**
**333 JERICHO TURNPIKE**
**SUITE 124**
**JERICHO, NY 11753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,226.34** |
|---|---|---|---|

**UNITED RENTALS**
**6125 LAKEVIEW ROAD**
**SUITE 300**
**CHARLOTTE, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,881.92** |
|---|---|---|---|

**UNIVERSAL ADVANTAGE FLEET CARD**
**PO BOX 924138**
**NORCRODD, GA 30010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __GAS CARD__

Last 4 digits of account number __7309__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$534.25** |
|---|---|---|---|

**VOLVO RENTS**
**3820 EAST WINSLOW AVENUE**
**PHOENIX, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,522.20** |
|---|---|---|---|

**WARNER ANGLE ET AL**
**2555 EAST CAMELBACK ROAD**
**SUITE 800**
**PHOENIX, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LEGAL FEES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ALTUS GTS INC**<br>**PO BOX 1389**<br>**KENNER, LA 70063** | Line __3.21__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **BATES & ASSOC**<br>**PO BOX 465100**<br>**AURORA, CO 80046** | Line __3.50__<br><br>☐ Not listed. Explain ____ | _ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3 **CONSTRUCTION SPECIALISTS INC** <br> **PO BOX 44500** <br> **PHOENIX, AZ 85064-4500** | Line **3.44** <br> ☐ Not listed. Explain ____ | _ |
| 4.4 **CORPORATE COLLECTIONS** <br> **6908 EAST THOMAS ROAD** <br> **SUITE 303** <br> **SCOTTSDALE, AZ 85251** | Line **3.10** <br> ☐ Not listed. Explain ____ | _ |
| 4.5 **CRETA LAW FIRM PLLC** <br> **12725 WEST INDIAN SCHOOL ROAD** <br> **SUITE E101** <br> **AVONDALE, AZ 85392** | Line **3.46** <br> ☐ Not listed. Explain ____ | _ |
| 4.6 **CRF SOLUTIONS** <br> **2051 ROYAL AVENUE** <br> **SIMI VALLEY, CA 93065** | Line **3.15** <br> ☐ Not listed. Explain ____ | _ |
| 4.7 **DAVID BRNILOVICH ESQ** <br> **16150 N ARROWHEAD FOUNTAIN CENTER DR** <br> **SUITE 250** <br> **PEORIA, AZ 85382-4754** | Line **3.39** <br> ☐ Not listed. Explain ____ | _ |
| 4.8 **KAREN PALECEK ESQ** <br> **6263 NORTH SCOTTSDALE ROAD** <br> **SUITE 310** <br> **SCOTTSDALE, AZ 85250** | Line **3.29** <br> ☐ Not listed. Explain ____ | _ |
| 4.9 **MARK A KIRKORSKY PC** <br> **PO BOX 25287** <br> **TEMPE, AZ 85285** | Line **3.13** <br> ☐ Not listed. Explain ____ | _ |
| 4.10 **NEIL SULLIVAN CPA** <br> **9280 EAST RAINTREE DRIVE** <br> **SUITE 102** <br> **SCOTTSDALE, AZ 85260** | Line **3.32** <br> ☐ Not listed. Explain ____ | _ |
| 4.11 **SID HORWITZ ESQ** <br> **1747 EAST MORTEN AVENUE** <br> **PHOENIX, AZ 85020** | Line **3.3** <br> ☐ Not listed. Explain ____ | _ |
| 4.12 **TARA MILLER** <br> **C.O MARK A KIRKORSKY PC** <br> **PO BOX 25287** <br> **TEMPE, AZ 85285** | Line **3.6** <br> ☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,210,468.32 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. $ | 1,210,468.32 |

Debtor name     **CONTINENTAL LIGHTING & CONTRACTING, INC.**

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known)     _____

☐ Check if this is an
amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **LEASED COMMERICAL SPACE - DEBTOR IS LESSEE** | |
| State the term remaining | **OPEN** | |
| List the contract number of any government contract | _____ | **BRO SU DOO CREW LLC**<br>**512 EAST CHICAGO CIRCLE**<br>**CHANDLER, AZ 85226** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **PHONES & INTERNET SERVICE** | |
| State the term remaining | **2 YEARS** | |
| List the contract number of any government contract | _____ | **COX COMMUNICATIONS PHOENIX (BUSINESS)**<br>**PO BOX 1259**<br>**DEPT 102285**<br>**OAKS, PA 19456** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **GARBAGE PICKUP** | |
| State the term remaining | **ENDS FEBRUARY 2017** | |
| List the contract number of any government contract | _____ | **REPUBLIC SERVICES**<br>**4811 WEST LOWER BUCKEY ROAD**<br>**PHOENIX, AZ 85043** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **CELL PHONES** | |
| State the term remaining | **VARIES BY PHONE** | |
| List the contract number of any government contract | _____ | **VERIZON**<br>**PO BOX 4005**<br>**ACWORTH, GA 30101-9006** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor name    **CONTINENTAL LIGHTING & CONTRACTING, INC.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206H
# Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **BRUCE AND SUZANN HERR** | **3116 NORTH 50TH STREET PHOENIX, AZ 85018** | **STEARNS BANK** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **BRUCE AND SUZANN HERR** | | **ACORE INC** | ☐ D _____ <br> ■ E/F   **3.1** <br> ☐ G _____ |
| 2.3 | **BRUCE AND SUZANN HERR** | | **VOLVO RENTS** | ☐ D _____ <br> ■ E/F   **3.50** <br> ☐ G _____ |
| 2.4 | **BRUCE AND SUZANN HERR** | | **CONSOLIDATED ELECTRICAL DISTRIBUTORS INC** | ☐ D _____ <br> ■ E/F   **3.15** <br> ☐ G _____ |
| 2.5 | **BRUCE AND SUZANN HERR** | | **APACHE EQUIPMENT CORP** | ☐ D _____ <br> ■ E/F   **3.6** <br> ☐ G _____ |

Case 2:16-bk-10960-DPC    Doc 1    Filed 09/23/16    Entered 09/23/16 12:05:00    Desc
Main Document     Page 28 of 50

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.6   BRUCE AND SUZANN HERR | MARKHAM CONTRACTING CO INC | ☐ D _____ <br> ■ E/F __3.29__ <br> ☐ G _____ |
| 2.7   BRUCE AND SUZANN HERR | KELLY BLACK ESQ | ☐ D _____ <br> ■ E/F __3.28__ <br> ☐ G _____ |
| 2.8   BRUCE AND SUZANN HERR | UNITED RENTALS | ☐ D _____ <br> ■ E/F __3.48__ <br> ☐ G _____ |
| 2.9   BRUCE AND SUZANN HERR | SOUTHWEST FABRICATION LLCQ | ☐ D _____ <br> ■ E/F __3.41__ <br> ☐ G _____ |
| 2.10   BRUCE AND SUZANN HERR | KABBAGE INC | ☐ D _____ <br> ■ E/F __3.27__ <br> ☐ G _____ |
| 2.11   BRUCE AND SUZANN HERR | HANSON AGGREGATES INC | ☐ D _____ <br> ■ E/F __3.21__ <br> ☐ G _____ |
| 2.12   BRUCE AND SUZANN HERR | CEMEX | ☐ D _____ <br> ■ E/F __3.13__ <br> ☐ G _____ |
| 2.13   BRUCE AND SUZANN HERR | INDEPENDENT ELECTRIC SUPPLY INC | ☐ D _____ <br> ■ E/F __3.24__ <br> ☐ G _____ |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |

| 2.14 | BRUCE AND SUZANN HERR | NEFF RENTAL LLC | ☐ D _____ <br> ■ E/F __3.31__ <br> ☐ G _____ |
|---|---|---|---|
| 2.15 | BRUCE AND SUZANN HERR | ROCK SOLID | ☐ D _____ <br> ■ E/F __3.38__ <br> ☐ G _____ |
| 2.16 | BRUCE AND SUZANN HERR | HDS WHITECAP CONSTRUCTION SUPPLY | ☐ D _____ <br> ■ E/F __3.23__ <br> ☐ G _____ |
| 2.17 | BRUCE AND SUZANN HERR | WARNER ANGLE ET AL | ☐ D _____ <br> ■ E/F __3.51__ <br> ☐ G _____ |
| 2.18 | BRUCE AND SUZANN HERR | REGIONAL PAVEMENT MAINTENANCE OF AZ | ☐ D _____ <br> ■ E/F __3.37__ <br> ☐ G _____ |
| 2.19 | BRUCE AND SUZANN HERR | OLSON PRECASET OF ARIZONA | ☐ D _____ <br> ■ E/F __3.35__ <br> ☐ G _____ |
| 2.20 | DEBRA HERR | WELLS FARGO BANK | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.21 | DEBRA HERR | VOLVO RENTS | ☐ D _____ <br> ■ E/F __3.50__ <br> ☐ G _____ |

Case 2:16-bk-10960-DPC    Doc 1    Filed 09/23/16    Entered 09/23/16 12:05:00    Desc
Main Document    Page 30 of 50

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|
| 2.22   DEBRA HERR | CONSOLIDATED ELECTRICAL DISTRIBUTORS INC | ☐ D _____<br>■ E/F   **3.15**<br>☐ G _____ |
| 2.23   DEBRA HERR | CEMEX | ☐ D _____<br>■ E/F   **3.13**<br>☐ G _____ |
| 2.24   DEBRA HERR | NEFF RENTAL LLC | ☐ D _____<br>■ E/F   **3.31**<br>☐ G _____ |
| 2.25   DEBRA HERR | WARNER ANGLE ET AL | ☐ D _____<br>■ E/F   **3.51**<br>☐ G _____ |
| 2.26   SUZANN AND BRUCE HERR | WELLS FARGO BANK | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.27   SUZANN HERR | AMERICAN EXPRESS | ☐ D _____<br>■ E/F   **3.5**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **CONTINENTAL LIGHTING & CONTRACTING, INC.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$465,120.06** |
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$949,390.05** |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$1,022,675.43** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

---

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **INDEPENDENT ELECTRIC SUPPLY**<br>948 EAST ISABELLA AVE<br>MESA, AZ 85204-6643 | **OVER PAST<br>90 DAYS** | $62,307.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **NEFF RENTALS LLC**<br>PO BOX 405138<br>ATLANTA, GA 30384-5138 | **OVER PAST<br>90 DAYS** | $6,783.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **UNITED RENTALS**<br>6125 LAKEVIEW ROAD<br>SUITE 300<br>CHARLOTTE, NC 28269 | **OVER PAST<br>90 DAYS** | $7,052.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **ROCK SOLID**<br>6741 WEST ROCK SOLID<br>BOX 5062<br>CHANDLER, AZ 85226 | **OVER PAST<br>90 DAYS** | $7,081.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **KABBAGE INC**<br>730 PEACHTREE STREET NE<br>SUITE 350<br>ATLANTA, GA 30308 | **OVER PAST<br>90 DAYS** | $8,755.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **BRU SU DOO CREW LLC**<br>512 EAST CHICAGO CIRCLE<br>CHANDLER, AZ 85225 | **OVER PAST<br>90 DAYS** | $8,422.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **LANDLORD** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **BRUCE L HERR**<br>3116 NORTH 50TH STREET<br>PHOENIX, AZ 85018<br>SHAREHOLDER AND PRESIDENT | **OVER PAST<br>YEAR** | $7,960.00 | **WAGES** |

Case 2:16-bk-10960-DPC    Doc 1    Filed 09/23/16    Entered 09/23/16 12:05:00    Desc
Main Document    Page 33 of 50

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **DEBRA K. HERR** **6651 WEST DUBLIN LANE** **CHANDLER, AZ 85226** **SHAREHOLDER AND VICE PRESIDENT** | **OVER PAST YEAR** | **$16,000.00** | **WAGES** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **AIRPORT LIGHTING COMPANY V. CONTINENTAL LIGHTING & CONSTRUCTION CV2016-054191** | **BREACH OF CONTRACT** | **SUPERIOR COURT MARICOPA COUNTY PHOENIX, AZ** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **SIERRA TRANSPORTATION & TECHNOLOGI4ES, LLC v. CONTINENTAL LIGHTING & CONSTRUCTION CV2016-014422** | **BREACH OF CONTRACT** | **SUPERIOR COURT, MARICOPA COUNTY PHOENIX, AZ** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **AM SIGNAL INC. v CONTINENTAL LIGHTING ET AL CV2015-052579** | **BREACH OF CONTRACT** | **SUPERIOR COURT, MARICOPA COUNTY PHOENIX, AZ** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **ALLAN D. NEWDELMAN, P.C.**<br>**80 EAST COLUMBUS AVENUE**<br>**PHOENIX, AZ 85012** | **$1,283.00 PLUS CHAPTER 11 FILING FEE PAID** | **SEPTEMBER 14, 2016** | **$1,283.00** |
| | **Email or website address**<br>**anewdelman@adnlaw.net** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **DEBRA HERR AND SUZANN HERR** | **512 EAST CHICAGO CIRCLE CHANDLER, AZ 85225** | **VARIOS GENERAL OFFICE ITEMS AND FURNISHINGS NOT OTHERWISE LISTED ON SHEDULE B** | **$1,000.00** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| BRUCE L HERR | 3116 NORTH 50TH STREET PHOENIX, AZ 85018 | PRESIDENT AND SHAREHOLDER | 37.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SUZANN K. HERR | 3116 NORTH 50TH STREET PHOENIX, AZ 85018 | SECRETARY AND TREASURER AND SHAREHOLDER | 37.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DEBRA K. HERR | 6651 WEST DUBLIN LANE CHANDLER, AZ 85226 | VICE PRESIDENT AND SHAREHOLDER | 25% |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **BRUCE L. HERR**<br>**3116 NORTH 50TH STREET**<br>**PHOENIX, AZ 85018** | **$7,960.00** | **OVER PAST YEAR** | **WAGES** |
| | **Relationship to debtor**<br>**SHAREHOLDER AND PRESIDENT** | | | |
| 30.2. | **DEBRA K. HERR**<br>**6651 WEST DUBLIN LANE**<br>**CHANDLER, AZ 85226** | **$16,000.00** | **OVER PAST YEAR** | **WAGES** |
| | **Relationship to debtor**<br>**SHAREHOLDER AND VICE PRESIDENT** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 23, 2016**

**/s/ SUZANN K. HERR and BRUCE L. HERR**          **SUZANN K. HERR and BRUCE L. HERR**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **TREASURER and PRESIDENT**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### District of Arizona

In re    **CONTINENTAL LIGHTING & CONTRACTING, INC.**      Case No. _____

Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BRUCE L. HERR**<br>**3116 NORTH 50TH STREET**<br>**PHOENIX, AZ 85018** | | | **37.5%** |
| **DEBRA K. HERR**<br>**6651 WEST DUBLIN LANE**<br>**CHANDLER, AZ 85226** | | | **25%** |
| **SUZANN K. HERR**<br>**3116 NORTH 50TH STREET**<br>**PHOENIX, AZ 85018** | | | **37.5%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **TREASURER and PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 23, 2016**        Signature   **/s/ SUZANN K. HERR and BRUCE L. HERR**

                                                          **SUZANN K. HERR and BRUCE L. HERR**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Arizona

In re   **CONTINENTAL LIGHTING & CONTRACTING, INC.**

Debtor(s)

Case No.

Chapter   **11**

# DECLARATION

I, the TREASURER and PRESIDENT of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **7** sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:   **September 23, 2016**

**/s/ SUZANN K. HERR and BRUCE L. HERR**
**SUZANN K. HERR and BRUCE L. HERR/TREASURER and PRESIDENT**
Signer/Title

Date:   **September 23, 2016**

**/s/ Allan D. NewDelman**
Signature of Attorney
**Allan D. NewDelman 004066**
**ALLAN D. NEWDELMAN, P.C.**
**80 EAST COLUMBUS AVENUE**
**PHOENIX, AZ 85012**
**602-264-4550   Fax: 602-277-0144**

MML-5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

CONTINENTAL LIGHTING & CONTRACTING, INC. -

ACORE INC
605 SOUTH DREW STREET
MESA AZ 85210


ADVANCED TRAFFIC PRODUCTS
1122 INDUSTRY STREET
BLDG A
EVERETT WA 98203


AIRPORT LIGHTING COMPANY
108 FAIRGROUNDS DRIVE
MANLIUS NY 13104-2416


ALTUS GTS INC
PO BOX 1389
KENNER LA 70063


AM SIGNAL INC
9935 TITAN PARK CIRCLE
LITTLETON CO 80125


AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES CA 90096-8000


APACHE EQUIPMENT CORP
PO BOX 6956
PHOENIX AZ 85005-6956


APACHE PIPELINE INC`
2708 EAST JONES
PHOENIX AZ 85040


ARIZONA DEPARTMENT OF REVENUE
TAX BANKRUPTCY & COLLECTIONS
1275 WEST WASHINGTON AVENUE
PHOENIX AZ 85007


ATLAS CONSTRUCTION SUPPLY INC
PO BOX 178240
SAN DIEGO CA 92177-8240


B LINE DIRECTIONAL DRILLING LLC
PO BOX 26267
SCOTTSDALE AZ 85255

CONTINENTAL LIGHTING & CONTRACTING, INC. -

BATES & ASSOC
PO BOX 465100
AURORA CO 80046

BREWER COTE OF ARIZONA
5226 WEST MISSOURI AVE
GLENDALE AZ 85301

BRO SU DOO CREW LLC
512 EAST CHICAGO CIRCLE
CHANDLER AZ 85226

BRUCE AND SUZANN HERR
3116 NORTH 50TH STREET
PHOENIX AZ 85018

CACH LLC
C/O NEUHEISEL LAW FIRM
1501 WEST FOUNTAINHEAD PKWY #130
TEMPE AZ 85282

CEMEX
PO BOX 73261
CHICAGO IL 60673-3261

CNA INDUSTRIAL CAPITAL
DEPT 93-5500802231
PO BOX 8004
PHOENIX AZ 85062-8004

CONSOLIDATED ELECTRICAL DISTRIBUTORS INC
PO BOX 62858
PHOENIX AZ 85082-2858

CONSTRUCTION SPECIALISTS INC
PO BOX 44500
PHOENIX AZ 85064-4500

CORPORATE COLLECTIONS
6908 EAST THOMAS ROAD
SUITE 303
SCOTTSDALE AZ 85251

CONTINENTAL LIGHTING & CONTRACTING, INC. -


CRETA LAW FIRM PLLC
12725 WEST INDIAN SCHOOL ROAD
SUITE E101
AVONDALE AZ 85392


CRF SOLUTIONS
2051 ROYAL AVENUE
SIMI VALLEY CA 93065


DAVID BRNILOVICH ESQ
16150 N ARROWHEAD FOUNTAIN CENTER DR
SUITE 250
PEORIA AZ 85382-4754


DEBRA HERR
6651 WEST DUBLIN LANE
CHANDLER AZ 85226


DOUBLE D EQUIPMENT REPAIR
PO BOX 51267
MESA AZ 85208


ELITE UNDERGROUND
12473 WEST MONTGOMERY ROAD
PEORIA AZ 85383


FLUORESCO SERVICES
PO BOX 27042
PHOENIX AZ 85040


HAMPTON TEDDER TECHNICAL SERVICES INC
PO BOX 2338
MONTCLAIR CA 91763


HANSON AGGREGATES INC
15620 COLLECTION CENTER DRIVE
CHICAGO IL 60693


HARRIS ARIZONA REBAR
2101 WEST JACKSON STREET
PHOENIX AZ 85009


HDS WHITECAP CONSTRUCTION SUPPLY
DEPT 70998
LOS ANGELES CA 90084-0998

CONTINENTAL LIGHTING & CONTRACTING, INC. -


INDEPENDENT ELECTRIC SUPPLY INC
948 EASST ISABELLA AVENUE
MESA AZ 85204-6643


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


ITERIS INC
1700 CARNEGIE AVE
SANTA ANA CA 92705-5551


KABBAGE INC
730 PEACHTREE STREET NE
SUITE 350
ATLANTA GA 30308


KAREN PALECEK ESQ
6263 NORTH SCOTTSDALE ROAD
SUITE 310
SCOTTSDALE AZ 85250


KELLY BLACK ESQ
1152 EAST GREENWAY STREET
SUITE 4
MESA AZ 85203-4360


MARK A KIRKORSKY PC
PO BOX 25287
TEMPE AZ 85285


MARKHAM CONTRACTING CO INC
22820 NORTH 19TH AVENUE
PHOENIX AZ 85027


MERKEL FABRICATION INC
5078 NORTH PLAZA DRIVE
APACHE JUNCTION AZ 85220


NEFF RENTAL LLC
PO BOX 405138
ATLANTA GA 30384-5138

CONTINENTAL LIGHTING & CONTRACTING, INC. -

NEIL SULLIVAN CPA
3043 WEST TRAET DRIVE
PHOENIX AZ 85086


NEIL SULLIVAN CPA
9280 EAST RAINTREE DRIVE
SUITE 102
SCOTTSDALE AZ 85260


NETWORX CABLING SYSTEMS INC
PO BOX 3375
FLAGSTAFF AZ 86003-3375


OLDCASTLE PRECAST INC
PO BOX 742387
LOS ANGELES CA 90074-2387


OLSON PRECASET OF ARIZONA
3045 SOUTH 35TH AVENUE
PHOENIX AZ 85009


PROTABLE POWER SYSTEMS
12136 GRANT CIRCLE
THORNTON CO 80241


REGIONAL PAVEMENT MAINTENANCE OF AZ
2435 SOUTH 6TH
PHOENIX AZ 85003


ROCK SOLID
6741 WEST ROCK SOLID
BOX 5062
CHANDLER AZ 85226


SID HORWITZ ESQ
1747 EAST MORTEN AVENUE
PHOENIX AZ 85020


SIERRA TRANSPORTATION & TECHNOLOGIES LLC
6280 SOUTH VALLEY VIEW BLVD
SUITE 718
LAS VEGAS NV 89118

CONTINENTAL LIGHTING & CONTRACTING, INC. -


SKY LINE CRANE
4910 WEST OLNEY AVENUE
LAVEEN AZ 85339


SOUTHWEST FABRICATION LLCQ
22233 NORTH 23RD AVENUE
PHOENIX AZ 85027


STANDARD SIGNS INC
9115 FREEWAY DRIVE
MACEDONIA OH 44056


STEARNS BANK
PO BOX 750
ALBANY MN 56307-0750


SUNRISE CRAIN SERVICES INC
8657 NORTH 78TH AVENUE
PEORIA AZ 85345


SUNSTATE EQUIPMENT CO
PO BOX 52581
PHOENIX AZ 85072


TARA MILLER
C.O MARK A KIRKORSKY PC
PO BOX 25287
TEMPE AZ 85285


THE CINCINNATI INSURANCE CO
PO BOX 145620
CINCINNATI OH 45250-5620


TRAFFIC SIGNALE CABLE
333 JERICHO TURNPIKE
SUITE 124
JERICHO NY 11753


UNITED RENTALS
6125 LAKEVIEW ROAD
SUITE 300
CHARLOTTE NC 28269

CONTINENTAL LIGHTING & CONTRACTING, INC. -


UNIVERSAL ADVANTAGE FLEET CARD
PO BOX 924138
NORCRODD GA 30010


VOLVO RENTS
3820 EAST WINSLOW AVENUE
PHOENIX AZ 85040


WARNER ANGLE ET AL
2555 EAST CAMELBACK ROAD
SUITE 800
PHOENIX AZ 85016


WELLS FARGO BANK
420 MONTGOMERY STREET
SAN FRANCISCO CA 94104

# United States Bankruptcy Court
## District of Arizona

In re   **CONTINENTAL LIGHTING & CONTRACTING, INC.**       Case No. _____

                                           Debtor(s)      Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CONTINENTAL LIGHTING & CONTRACTING, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September 23, 2016** | **/s/ Allan D. NewDelman** |
| Date | **Allan D. NewDelman 004066** |
| | Signature of Attorney or Litigant |
| | Counsel for   **CONTINENTAL LIGHTING & CONTRACTING, INC.** |
| | **ALLAN D. NEWDELMAN, P.C.** |
| | **80 EAST COLUMBUS AVENUE** |
| | **PHOENIX, AZ 85012** |
| | **602-264-4550 Fax:602-277-0144** |
| | **anewdelman@adnlaw.net** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy